## PEARSON *v.* PEARSON.

EVANS, J. The evidence being conflicting as to whether the plaintiff left her husband's home and lived apart from him because of cruel treatment, or voluntarily quitted him in unprovoked anger, without excuse and because she did not wish to live longer with him, the court below did not abuse its discretion in declining to grant her prayer for temporary alimony for the support of herself and child, together with counsel fees.      *Judgment affirmed. All the Justices concur.*

Submitted February 21,—Decided March 24, 1906.

Petition for alimony. Before Judge Spence. Worth superior court. January 8, 1906.

*Payton & Hay,* for plaintiff.